BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CUTRER

FILED

06 FEB -2 AM 11: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CUTRER,<br><br>Defendant. | No. CR-3-06-70056 MAG<br>CR 04-00263 KJD (D. Nev.)<br><br>**RELEASE ORDER** |

Defendant Michael Cutrer having appeared before this Court on an out-of-district arrest warrant, and having been ordered to appear before the Honorable Peggy A. Leen in the District of Nevada no later than Friday, February 10, 2006, it is hereby ORDERED that the United States Marshals Service shall release the defendant from custody forthwith.

The defendant is ordered to appear before this Court on Friday, February 3, 2006 at 9:30 AM, and before Magistrate Judge Breen in Las Vegas, Nevada on or before Friday, February 10, 2006.

IT IS SO ORDERED.

Dated: February 2, 2006

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

1